```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
MAX PYZIUR,                             :
                                        :
              Plaintiff,                :   CASE NO.: 1:19-cv-05714
                                        :
    v.                                  :
                                        :
ANDEAVOR LOGISTICS LP, GARY R.          :
HEMINGER, PAMELA K.M. BEALL,            :
SIGMUND L. CORNELIUS, RUTH I.           :
DREESSEN, GREGORY J. GOFF, TIMOTHY      :
T. GRIFFITH, MICHAEL J. HENNIGAN,       :
JAMES H. LAMANNA, FRANK M. SEMPLE,      :
and DONALD C. TEMPLIN,                  :
                                        :
              Defendants.
--------------------------------------- X
```

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses WITHOUT PREJUDICE the above-titled action. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: June 24, 2019                        Respectfully Submitted,

                                            **MONTEVERDE & ASSOCIATES PC**

                                            /s/ Juan E. Monteverde
                                            Juan E. Monteverde (JM-8169)
                                            The Empire State Building
                                            350 Fifth Avenue, Suite 4405
                                            New York, New York 10118
                                            Tel: 212-971-1341
                                            Fax: 212-202-7880

                                            *Attorney for Plaintiff*